IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GABRIEL MADISON,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 04-00744-BH-B |
| **CLAIR SANBORN,** *et al.*, | : |
| Defendants. | : |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants Dr. McCane, Mr. Evans, and Dr. Susan McBride be and are hereby **DISMISSED** from this action, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because the claims against them fail to state a claim upon which relief can be granted. Plaintiff's claims against Defendant Clair Sanborn remain pending.

**DONE** this 6th day of February, 2006.

s/ W. B. Hand
SENIOR DISTRICT JUDGE