```
       IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

GABRIEL MADISON,                :

    Plaintiff,              :

vs.                             :   CIVIL ACTION 04-00744-BH-B

CLAIR SANBORN, *et al.*,        :

    Defendants.             :

### ORDER

The plaintiff, Gabriel Madison, has now filed an "Affidavit of Substantial Hardship" (Doc. 19) by which he again seeks to appeal in forma pauperis from this Court's Order dated February 6, 2006 (Doc. 14) which adopted the Report and Recommendation of the Magistrate Judge (Doc. 7) and dismissed Defendants Dr. McCane, Mr. Evans, and Dr. Susan McBride. To the extent that Madison seeks reconsideration of the Order entered by this Court on February 21, 2006 (Doc. 16), denying his request to appeal in forma pauperis, it is **ORDERED** that such motion be and is hereby **DENIED** for the reasons stated in the Court's Order of February 21, 2006, which is hereby **AFFIRMED**.

    **DONE** this 1st day of March, 2006.

                                                     s/ W. B. Hand
                                           SENIOR DISTRICT JUDGE