# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GABRIEL MADISON,**           ) | |
|                                ) | |
|     Plaintiff,                 ) | |
|                                ) | |
| v.                             ) | CIVIL ACTION NO. |
|                                ) | 04-00744-BH-B |
| CLAIR SANBORN et al.,          ) | |
|                                ) | |
|     Defendants.                ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation (Doc. 27) entered by the Magistrate Judge on February 26, 2007, under 28 U.S.C. §636(b)(1)(B) is hereby **ADOPTED** as the opinion of the Court. It is

**ORDERED** that plaintiff's motion to amend (Doc. 25) be and is hereby **DENIED**.

**DONE** this 22nd day of March, 2007.

                                                s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE