# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| GABRIEL MADISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-00744-BH-B |
| CLAIRE SANBORN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B)and dated September 19, 2007 (Doc. 32) is hereby **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice**.

**DONE** this 9th day of October, 2007.

                                                    s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE